Mansfield v. Allen.

MANSFIELD v. ALLEN *et al., Appellant.*

Practice: PARTIES: JUDGMENT.—The Supreme Court may reverse a judgment as to some of the appellants, and affirm it as to others. R. S., secs. 3570, 3582, 3583.

*Appeal from Buchanan Circuit Court.*—HON. W. H. SHERMAN, Judge.

REVERSED.

*A. H. Vories* and *E. O. Hill* for appellants.

*Jas. F. Pitt* for respondent.

SHERWOOD, J.—In our opinion, Allen was improperly made a party defendant, but this ought not to authorize a reversal of the judgment, under the liberal provisions of our statute respecting practice in civil cases. Sections 3570, 3582, 3583. See, also, *Wescott v. Bridwell*, 40 Mo. 146; *City, etc., v. Bressler*, 56 Mo. 350. We, therefore, modify the judgment by reversing it as to Allen, and affirming it as to Bassett. Norton and Ray, JJ., concur.

HENRY, C. J., CONCURRING.—I concur in reversing the judgment, but think that the cause should be remanded for a re-trial thereof.